# 1907CR001732 Commonwealth vs. Colon, Annabell

- Case Type:
- Criminal
- Case Status:
- Suspended Covid 19 extended
- File Date
- 05/31/2019
- DCM Track:
-
- Initiating Action:
- A&B WITH DANGEROUS WEAPON, CHILD UNDER 14 c265 §15A(c)(iv)
- Status Date:
- 05/26/2021
- Case Judge:
-
- Next Event:
- 09/14/2023



| All Information | Party | Charge | Event | Docket | Disposition |

## Party Information

**Colon, Annabell**
- Defendant

| Alias | Party Attorney |
| --- | --- |
| | - Attorney |
| | - Malden, Esq., Darryl D |
| | - Bar Code |
| | - 648299 |
| | - Address |
| | - Phone Number |
| | - |
| | - Attorney |
| | - Novick, Esq., Stephen T |
| | - Bar Code |
| | - 659380 |
| | - Address |
| | - Phone Number |
| | - |

**[More Party Information](#)**



## Party Charge Information

**Colon, Annabell**
- Defendant
- Charge # 1:
- **265/15A/G-0 - Felony**    A&B WITH DANGEROUS WEAPON, CHILD UNDER 14 c265 §15A(c)(iv)

- Original Charge
- 265/15A/G-0 A&B WITH DANGEROUS WEAPON, CHILD UNDER 14 c265 §15A(c)(iv) (Felony)
- Amended Charge

**Charge Disposition**
Disposition Date
Disposition
09/14/2021
Continued Without a Finding

**Colon, Annabell**
- Defendant
- Charge # 2:
- **265/15A/G-0 - Felony**    A&B WITH DANGEROUS WEAPON, CHILD UNDER 14 c265 §15A(c)(iv)

- Original Charge
- 265/15A/G-0 A&B WITH DANGEROUS WEAPON, CHILD UNDER 14 c265 §15A(c)(iv) (Felony)
- Amended Charge

**Charge Disposition**
Disposition Date
Disposition
09/14/2021
Continued Without a Finding

- **Colon, Annabell**
- - Defendant
  - Charge # 3:
    **265/13J/A-0 - Felony**     A&B ON CHILD WITH INJURY c265 §13J(b)

- Original Charge
  - 265/13J/A-0 A&B ON CHILD WITH INJURY c265 §13J(b) (Felony)
  - Amended Charge
  -

  **Charge Disposition**
  Disposition Date
  Disposition
  09/14/2021
  Continued Without a Finding

- **Colon, Annabell**
- - Defendant
  - Charge # 4:
    **265/13J/A-0 - Felony**     A&B ON CHILD WITH INJURY c265 §13J(b)

- Original Charge
  - 265/13J/A-0 A&B ON CHILD WITH INJURY c265 §13J(b) (Felony)
  - Amended Charge
  -

  **Charge Disposition**
  Disposition Date
  Disposition
  09/14/2021
  Continued Without a Finding

## Events

| Date | Session | Location | Type | Event Judge | Result |
|---|---|---|---|---|---|
| 06/26/2019 09:00 AM | Arraignment (1st) Session | | Arraignment | | Held - Bail or Conditions of Release ordered |
| 09/12/2019 09:00 AM | 6th Session | | Pretrial Hearing | | Reschedule of Hearing |
| 10/11/2019 09:00 AM | 6th Session | | Pretrial Hearing | | Reschedule of Hearing |
| 12/05/2019 09:00 AM | 6th Session | | Pretrial Hearing | | Held-PT |
| 01/30/2020 09:00 AM | 6th Session | | Discovery Compliance & Jury Election | | Reschedule of Hearing |
| 03/19/2020 09:00 AM | 6th Session | | Discovery Compliance & Jury Election | | Rescheduled-Covid-19 emergency |
| 05/21/2020 09:00 AM | 6th Session | | Discovery Compliance & Jury Election | | Rescheduled-Covid-19 emergency |
| 07/23/2020 09:00 AM | Virtual Court Session | | Discovery Compliance & Jury Election | | Rescheduled-Covid-19 emergency |
| 09/24/2020 09:00 AM | Virtual Court Session | | Discovery Compliance & Jury Election | | Rescheduled-Covid-19 emergency |
| 11/27/2020 09:00 AM | Virtual Court Session | | Discovery Compliance & Jury Election | | Rescheduled-Covid-19 emergency |
| 01/20/2021 09:00 AM | Virtual Court Session | | Discovery Compliance & Jury Election | | Rescheduled-Covid-19 emergency |
| 03/24/2021 09:00 AM | Virtual Court Session | | Discovery Compliance & Jury Election | | Rescheduled-Covid-19 emergency |
| 05/26/2021 09:00 AM | Virtual Court Session | | Discovery Compliance & Jury Election | | Rescheduled-Covid-19 emergency |
| 08/31/2021 09:24 AM | 2nd Session | | Motion Hearing (CR) | | Held - Motion allowed |

| Date | Session | Location | Type | Event Judge | Result |
|------|---------|----------|------|-------------|--------|
| 09/14/2021 09:00 AM | Virtual Court Session | | Jury Trial (CR) | | Event Cancelled |
| 09/14/2021 09:00 AM | 5th Session | | Hearing to Review Status | | Held |
| 09/14/2021 09:00 AM | 2nd Session | | Hearing to Review Status | | Rescheduled-Covid-19 emergency |
| 09/14/2023 09:00 AM | Administrative Session | | Continued Without Finding Until | | |

## Docket Information

| Docket Date | Docket Text | Amount Owed | File Ref Nbr. | Image Avail. |
|-------------|-------------|-------------|---------------|--------------|
| 05/31/2019 | Criminal Complaint issued from Electronic Application: Originating Court: BMC Dorchester Case Number: 1907AC001859-WR Receiving Court: BMC Dorchester ; | | | |
| 05/31/2019 | Complaint issued with a summons. | | | |
| 06/26/2019 | Appearance for filed by Attorney . | | 1 | |
| 06/26/2019 | Event Resulted:  Arraignment scheduled on: 06/26/2019 09:00 AM Has been: Held - Bail or Conditions of Release ordered Hon. Lisa Ann Grant, Presiding | | | |
| 06/26/2019 | Special Conditions of release in addition to bail or recognizance imposed:No Abuse comply with DCF Judge: Grant, Hon. Lisa Ann | | | |
| 09/12/2019 | Appearance filed for the purpose of Case in Chief by Judge Hon. Catherine Ham. | | 2 | |
| 09/12/2019 | Event Resulted:  Pretrial Hearing scheduled on: 09/12/2019 09:00 AM Has been: Reschedule of Hearing      For the following reason: For Continuance Hon. Catherine Ham, Presiding | | | |
| 10/11/2019 | Event Resulted:  Pretrial Hearing scheduled on: 10/11/2019 09:00 AM Has been: Reschedule of Hearing      For the following reason: For Continuance Hon. Lisa Ann Grant, Presiding | | | |
| 12/05/2019 | Event Resulted:  Pretrial Hearing scheduled on: 12/05/2019 09:00 AM Has been: Held-PT Hon. Michael C Bolden, Presiding | | | |
| 01/14/2020 | Hospital record of Boston EMS deposited with clerk-magistrate (G.L. c.233 §79). | | 3 | |
| 01/16/2020 | Hospital record of Boston Children's Hospital deposited with clerk-magistrate (G.L. c.233 §79). | | 4 | |
| 01/30/2020 | Event Resulted:  Discovery Compliance & Jury Election scheduled on: 01/30/2020 09:00 AM Has been: Reschedule of Hearing      For the following reason: For Continuance Hon. Thomas S. Kaplanes, Presiding | | | |
| 03/19/2020 | Court orders rescheduling due to State of Emergency surrounding the Covid-19 virus.:  Discovery Compliance & Jury Election scheduled on: 03/19/2020 09:00 AM Has been: Rescheduled-Covid-19 emergency Hon. James W Coffey, Presiding | | | |
| 03/19/2020 | Form generated: A Covid 19 Emergency Notice was generated and sent to: Defendant:  Annabell Colon Defendant:  Darryl D Malden, Esq. | | | |

| Docket Date | Docket Text | Amount Owed | File Ref Nbr. | Image Avail. |
|---|---|---|---|---|
| 05/08/2020 | Court orders rescheduling due to State of Emergency surrounding the Covid-19 virus.:  Discovery Compliance & Jury Election scheduled on: 05/21/2020 09:00 AM Has been: Rescheduled-Covid-19 emergency Hon. James W Coffey, Presiding | | | |
| 05/08/2020 | Court hearing has been changed due to COVID emergency. New hearing date and time is 07/23/2020 09:00 AM Discovery Compliance & Jury Election to be held in a virtual court session. Participation in a virtual court session, will require participants to use meeting access code number (617)288-9500 and enter meeting password Ext.200. Notices sent. | | | |
| 07/23/2020 | Court orders rescheduling due to State of Emergency surrounding the Covid-19 virus.:  Discovery Compliance & Jury Election scheduled on: 07/23/2020 09:00 AM Has been: Rescheduled-Covid-19 emergency Hon. James W Coffey, Presiding | | | |
| 07/24/2020 | Court hearing has been changed due to COVID emergency. New hearing date and time is 09/24/2020 09:00 AM Discovery Compliance & Jury Election to be held in a virtual court session. Participation in a virtual court session, will require participants to use meeting access code number 617-288-9500 and enter meeting password Extension 200. Notices sent. | | | |
| 09/02/2020 | Court orders rescheduling due to State of Emergency surrounding the Covid-19 virus.:  Discovery Compliance & Jury Election scheduled on: 09/24/2020 09:00 AM Has been: Rescheduled-Covid-19 emergency Hon. James W Coffey, Presiding | | | |
| 09/03/2020 | Court hearing has been changed due to COVID emergency. New hearing date and time is 11/27/2020 09:00 AM Discovery Compliance & Jury Election to be held in a virtual court session. Participation in a virtual court session, will require participants to use meeting access code number 617 288-9500 and enter meeting password ext 200. Notices sent. | | | |
| 11/05/2020 | Court orders rescheduling due to State of Emergency surrounding the Covid-19 virus.:  Discovery Compliance & Jury Election scheduled on: 11/27/2020 09:00 AM Has been: Rescheduled-Covid-19 emergency       For the following reason: For Continuance Hon. James W Coffey, Presiding | | | |
| 11/05/2020 | Court hearing has been changed due to COVID emergency. New hearing date and time is 01/20/2021 09:00 AM Discovery Compliance & Jury Election to be held in a virtual court session. Participation in a virtual court session, will require participants to use meeting access code number 617-288-9500 and enter meeting password Ext: 200. Notices sent.  Judge: Coffey, Hon. James W | | | |
| 01/06/2021 | Court orders rescheduling due to State of Emergency surrounding the Covid-19 virus.:  Discovery Compliance & Jury Election scheduled on: 01/20/2021 09:00 AM Has been: Rescheduled-Covid-19 emergency Hon. James W Coffey, Presiding | | | |
| 01/06/2021 | Court hearing has been changed due to COVID emergency. New hearing date and time is 03/24/2021 09:00 AM Discovery Compliance & Jury Election to be held in a virtual court session. Participation in a virtual court session, will require participants to use meeting access code number 617-288-9500 and enter meeting password ext. 200. Notices sent. | | | |
| 02/26/2021 | Court orders rescheduling due to State of Emergency surrounding the Covid-19 virus.:  Discovery Compliance & Jury Election scheduled on: 03/24/2021 09:00 AM Has been: Rescheduled-Covid-19 emergency Hon. James W Coffey, Presiding | | | |
| 05/26/2021 | Event Scheduled Event: Jury Trial (CR) Date: 09/14/2021  Time: 09:00 AM Result: Event Cancelled | | | |
| 05/26/2021 | Court hearing has been changed due to COVID emergency. New hearing date and time is 09/14/2021 09:00 AM Jury Trial (CR) to be held in a virtual court session. Participation in a virtual court session, will require participants to use meeting access code number (617) 288-9500 and enter meeting password Ext. 200. Notices sent. | | | |
| 05/26/2021 | Court orders rescheduling due to State of Emergency surrounding the Covid-19 virus.:  Discovery Compliance & Jury Election scheduled on: 05/26/2021 09:00 AM Has been: Rescheduled-Covid-19 emergency       For the following reason: For Continuance Hon. Jonathan R Tynes, Presiding | | | |

| Docket Date | Docket Text | Amount Owed | File Ref Nbr. | Image Avail. |
|---|---|---|---|---|
| 08/31/2021 | Event Resulted:  Jury Trial (CR) scheduled on:<br>    09/14/2021 09:00 AM<br>Has been: Event Cancelled     For the following reason: Brought forward<br>Hon. James W Coffey, Presiding | | | |
| 08/31/2021 | Event Resulted:  Motion Hearing (CR) scheduled on:<br>    08/31/2021 09:24 AM<br>Has been: Held - Motion allowed<br>Hon. Jonathan R Tynes, Presiding | | | |
| 09/10/2021 | Court orders rescheduling due to State of Emergency surrounding the Covid-19 virus.:  Hearing to Review Status scheduled on:<br>    09/14/2021 09:00 AM<br>Has been: Rescheduled-Covid-19 emergency     For the following reason: Clerical error<br>Hon. James W Coffey, Presiding | | | |
| 09/14/2021 | Event Resulted: Hearing to Review Status scheduled on:<br>    09/14/2021 09:00 AM<br>Has been: Held<br>Hon. Lisa Ann Grant, Presiding | | | |
| 09/14/2021 | Charges Disposed::<br>Charge # 1 A&B WITH DANGEROUS WEAPON, CHILD UNDER 14 c265 §15A(c)(iv)<br>    On: 09/14/2021    Judge: Hon. Lisa Ann Grant<br>    Continued Without a Finding<br><br>Charge # 2 A&B WITH DANGEROUS WEAPON, CHILD UNDER 14 c265 §15A(c)(iv)<br>    On: 09/14/2021    Judge: Hon. Lisa Ann Grant<br>    Continued Without a Finding<br><br>Charge # 3 A&B ON CHILD WITH INJURY c265 §13J(b)<br>    On: 09/14/2021    Judge: Hon. Lisa Ann Grant<br>    Continued Without a Finding<br><br>Charge # 4 A&B ON CHILD WITH INJURY c265 §13J(b)<br>    On: 09/14/2021    Judge: Hon. Lisa Ann Grant<br>    Continued Without a Finding | | | |

## Case Disposition

| Disposition | Date | Case Judge |
|---|---|---|
| Pending | 06/26/2019 | |
| Pending | 06/26/2019 | |